```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ x
KOREA LINE CORP.,                    :
                                     :
            Plaintiff,               :
                                     :      08 Civ. 10725(JSR)
        -v-                          :
                                     :              ORDER
SPARKLE WAVE LTD.,                   :
                                     :
            Defendant.               :
------------------------------------ x
```

JED S. RAKOFF, U.S.D.J.

On December 10, 2008, the Court issued an order of maritime attachment and garnishment restraining defendant's property pursuant to Supplemental Admiralty Rule B of the Federal Rules of Civil Procedure. That order has since expired and, in accordance with the terms of paragraph four of the Addendum to that order, is hereby vacated. The action is thus dismissed, and the Clerk of the Court is directed to close the case.

SO ORDERED.

_____
JED S. RAKOFF, U.S.D.J.

Dated:   New York, New York
         March 5, 2009

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3-5-09